# In the United States Court of Federal Claims

No. 19-86T
(Filed: March 22, 2019)

```
* * * * * * * * * * * * * * * * * * * *
```
RUSSELL D. PALMER,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant.*

```
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On January 21, 2019, we denied plaintiff's motion to proceed *in forma pauperis* because he is ineligible for waiver of the filing fee due to the operation of 28 U.S.C. § 1915(g) (2012). We thus also ordered plaintiff to pay the filing fee by March 1, 2019, or be subject to dismissal. Plaintiff has not yet paid the filing fee nor sought leave for an extension of time to do so. Accordingly, the following is ordered:

1. The complaint is hereby dismissed for failure to pay the filing fee. The Clerk of Court is directed to dismiss the complaint and enter judgment accordingly.

2. Defendant's motion for an extension of time to respond to the complaint is denied as moot.

                                                ERIC G. BRUGGINK
                                                Senior Judge

7017 1450 0000 1346 1499